IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00581-WDM-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEITH H. HANNA,

        Defendant.

## ORDER REVOKING CONDITIONAL DISCHARGE

The Defendant with counsel appeared before this Court on January 24, 2007. Prior to that date, the supervising probation officer submitted to this Court a memorandum dated January 23, 2007 and a Petition for Issuance of Arrest Warrant. These papers documented facts showing violations of the Defendant's conditional discharge conditions.

The Defendant through counsel admitted the factual allegations contained in the memorandum of the supervising United States Probation Officer.

The Court finds, concludes, and orders, as follows:

1) That the Defendant has violated the terms and conditions of his conditional discharge, as previously imposed by this Court on March 13, 2003, following the Defendant's finding of not guilty only be reason of insanity;

2) That the Defendant has failed to comply with the court prescribed regimen of medical psychiatric and psychological care and treatment, in that he has refused to

attend counseling sessions on October 19, 2006, October 26, 2006, October 27, 2006, and October 31, 2006, as required by his conditional discharge.  Additionally, the Defendant has ceased taking his medication as required.  He has indicated that he does not intend to take medication and has represented that he does not need to take medication;

3) While awaiting this hearing, the Defendant committed several rules violations while in custody at the FCI Englewood.  These violations include choking another inmate on January 4, 2007, and destroying property on the same date.  Further, on January 8, 2007, the Defendant threw a container containing urine and feces at correctional officers at the FCI Englewood facility.

WHEREFORE pursuant to 18 U.S.C. § 4243(g) it is hereby ORDERED:

1) That the Defendant's conditional discharge is revoked;

2) That the Defendant is remanded to the custody of the Bureau of Prisons for placement in a suitable facility;

3) That pursuant to 18 U.S.C. § 4243(f) the Director of the facility in which the Defendant is placed shall forthwith notify this Court when the Defendant has recovered from his mental disease or defect to such an extent that his discharge, or conditional discharge under a prescribed medical regimen would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another;

4) That the Director of the facility shall file with this Court on or before May 4, 2007, a status report advising the Court of the medical condition and treatment

regimen used in treating the Defendant.

So ORDERED this 29th day of January, 2007.

BY THE COURT:

s/ Walker D. Miller

_____
JUDGE WALKER D. MILLER
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO