IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  02-cr-00581-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KEITH H. HANNA,

       Defendant.

---

## ORDER CONCERNING DEFENDANT'S CONDITIONAL DISCHARGE

---

The Court is in receipt of the status report containing recommendations of

Warden Marty C. Anderson, Federal Medical Center, Rochester, U.S. Bureau of

Prisons (FMC) Warden Anderson recommends that the defendant be released on

conditional discharge pursuant to 18 U.S.C. § 4243(f).  Attached to Warden Anderson's

recommendation is a "Risk Assessment" prepared by the FMC at Rochester,

Minnesota.

The Court, having heard the position of the parties, and in consideration of

Warden Anderson's submissions, orders:

    1)    The defendant shall be transported by the United States Marshal to this

        Court;

    2)    The defendant shall be provided and administered the medication

recommended by the FMC while in the custody of the United States Marshal;

    3)    The defendant shall be returned to the District of Colorado on or before

June 18, 2007;

-2-

4)      Upon the defendant's return to Colorado, the United States Probation

Office for the District of Colorado shall interview the defendant, review Warden

Anderson's recommendation, and the Risk Assessment prepared by the FMC, and

submit a report to this Court a recommendation of conditions necessary for the

defendant's supervision on continued conditional discharge; and

5)      A hearing concerning the conditional discharge of the defendant is set for

9:00 a.m., June 28, 2007.

DATED at Denver, Colorado, on May 9, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge