IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 02-cr-00581-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**KEITH H. HANNA,**

    Defendant.

---

**MODIFIED ORDER CONCERNING
DEFENDANT'S CONDITIONAL DISCHARGE**

---

    The Court is in receipt of the status report containing recommendations of Warden Marty C. Anderson, Federal Medical Center, Rochester, U.S. Bureau of Prisons (FMC). Warden Anderson recommends that the defendant be released on conditional discharge pursuant to 18 U.S.C. § 4243(f). Attached to Warden Anderson's recommendation is a "Risk Assessment" prepared by the FMC at Rochester, Minnesota.

    The Court, having heard the position of the parties, and in consideration of Warden Anderson's submissions, orders:

    1.    The defendant shall be transported by the United States Marshal to this Court. **The United States Marshal shall make every effort to arrange a direct flight;**

2. The defendant shall be provided and administered the medication recommended by the FMC while in the custody of the United States Marshal;

3. The defendant shall be returned to the District of Colorado on or before June 26, 2007;

4. The United States Probation Office for the District of Colorado shall interview the defendant, **via telephone**, review Warden Anderson's recommendation, and the Risk Assessment prepared by the FMC, and submit in a report to this Court a recommendation of conditions necessary for the defendant's supervision on continued conditional discharge; and

5. A hearing concerning the conditional discharge of the defendant is set for 9:00 a.m., June 28, 2007.

DATED at Denver, Colorado, on _____, 2007.

BY THE COURT:

s/Walker D. Miller
United States District Judge