IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 02-cr-00581-WDM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**KEITH H. HANNA**,

       Defendant.
_____

**ORDER REVOKING CONDITIONAL RELEASE**
_____

       The defendant, with counsel, appeared before this Court on April 22, 2008. Prior to that date, the supervising probation officer submitted to this Court a memorandum dated April 18, 2008, and Petition for Modification of Conditions of Conditional Discharge, dated January 7, 2008. Both the Memorandum and the Petition document facts which constitute violations of the Defendant's terms of Conditional Release.

       The Defendant, through counsel, has admitted some of these allegations, including his refusal to take medication as ordered. Accordingly, the Court finds, concludes and orders as follows:

       1)     The Defendant has violated the terms and conditions of his conditional discharge, as previously imposed by this Court on March 13, 2003, following the Defendant's finding of not guilty only by reason of insanity;

       2)     The Defendant has failed to comply with the Court prescribed regimen of

medical, psychiatric and psychological care and treatment, in that he has refused to cooperate with treating physicians by taking prescribed medications to treat his mental illness; indeed, the Defendant insists that he does not need medication and does not intend to take medication;

3) The Defendant has refused to cooperated with the treatment regimen prescribed by the Peachtree Assisted Living Center, and has refused to cooperate with supervising probation officer Sherrie Blake. The Defendant insists that he does not have a mental illness, but continues to threaten others and continues to make threatening phone calls to law enforcement.

4) Because of these failures and acts, the continued release of this Defendant creates a substantial risk of bodily injury to others.

ACCORDINGLY, pursuant to 18 U.S.C. § 4243(g), it is hereby ORDERED:

1) The Defendant's conditional discharge is REVOKED.

2) The Defendant is remanded to the Custody of the United States Attorney General for designation and placement in a suitable medical facility;

3) The United States Attorney General shall make every effort to designate and place the defendant to a suitable medical facility WITHOUT DELAY;

4) Pursuant to 18 U.S.C. § 4243(f) the Director of the Facility in which the defendant is placed shall promptly file a certificate with the Clerk of this Court when the Defendant has recovered from his mental disease or defect to such an extent that his discharge, or conditional discharge under a prescribed medical regimen would no longer create a substantial risk of bodily injury to another person or serious damage to

the property of another;

       5)     The Director of the facility shall file with the Court on or before August 29, 2008, a status report advising the Court of the medical condition and treatment regimen being used to treat the Defendant and the Defendant's response and prognosis.

DATED at Denver, Colorado, on April 22, 2008.

                            BY THE COURT:

                            s/ Walker D. Miller
                            United States District Judge