IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 02-cr-00581-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**KEITH H. HANNA**,

      Defendant.

---

**ORDER**

---

This matter comes before the Court on a status hearing held on December 3, 2008. The Court is in receipt of the August 25, 2008 "Mental Health Progress Report", tendered by the Federal Medical Center, Rochester, Minnesota. Having reviewed the report and conferred with the parties, the Court orders:

That the Director of the Federal Medical Center shall file with the Court on or before **January 30, 2009**, a status report advising the Court of the medical condition and treatment regimen being used to treat the Defendant and the Defendant's response and prognosis.

SO ORDERED this 4th day of December, 2008.

                        BY THE COURT:

                        s/Walker D. Miller
                        WALKER D. MILLER
                        United States District Judge