IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 02-cr-00581-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH H. HANNA,

    Defendant.

_____

**ORDER**
_____

    Pursuant to my December 4, 2008 order in this matter the Federal Medical Center of the Federal Bureau of Prisons has provided me a mental health progress report for the defendant, dated January 28, 2009, together with copies for counsel, all pursuant to 18 U.S.C. § 4247(c). Being sufficiently advised, it is ordered:

    1. The report is delivered to the Clerk of this court and shall be held by him under seal or otherwise unavailable for review pursuant to § IX.G of the Electronic Case Filing Procedures of this court.

2. A copy of the report shall be mailed to the defendant's attorney and the attorney for the government.

DATED at Denver, Colorado, February 2, 2009

BY THE COURT:


s/ Walker D. Miller  
United States Senior District Judge