IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 02-cr-00581-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH H. HANNA,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. In my prior position as an Assistant United States Attorney for the U.S. Attorney's Office for the District of Colorado, I represented the United States at a detention hearing in this case on December 20, 2006.

Section 455(b)(3) of Title 28 of the United States Code requires disqualification where the judge has "served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy." Canon 3(C)(1) of the Code of Conduct for United States Judges contains a similar admonition.

I must therefore recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED September 29, 2014.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge